IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA        :

v.                              :        CRIMINAL NO. 13-213

YANINA ZLATKOVSKY

**ORDER**

AND NOW this 29 day of April 2014, upon consideration of the Government's Motion to Dismiss Counts, the entry of the defendant's plea of guilty to Counts One and Two and the Court's imposition of sentence on those Counts, it is ORDERED that Counts Three, Four and Five of the Indictment are dismissed.

BY THE COURT:

_____
HONORABLE EDUARDO C. ROBRENO
*Judge, United States District Court*